Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise consists of religious cards the same in all material respects as those the subject of *Excel Shipping Corp.* and *N. G. Basevi, Inc.* v. *United States* (32 Cust. Ct. 76, C. D. 1583), the claim of the plaintiffs was sustained.

**No. 58504.**—Pacific Floor Products et al. *v.* United States, protests 155812–K, etc. (San Francisco).

Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiffs was sustained.

**No. 58505.**—Rosenfeld Kent Co., Inc. *v.* United States, protests 189773–K, etc. (New York).

Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiff was sustained.

**No. 58506.**—Lansen-Naeve Corp. and Alfred Schiftan, Inc. *v.* United States, protests 204434–K and 213819–K (New York).

Opinion by Rao, J.   At the trial, it was stipulated that the component material of chief value of the sets is papier mâché and that, so far as the issue of entireties is concerned, the facts are the same as those involved in Abstracts 26783 and 45502.   On the agreed facts and following the decisions cited, the claim of the plaintiffs was sustained.